UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.

FREDERICK S. AUMICK,

    Plaintiff,

v.

LTD FINANCIAL SERVICES, L.P.,

    Defendant.
_____/

## COMPLAINT
## JURY DEMAND

1. Plaintiff alleges violation of the Fair Debt Collection Practices Act, 15 U.S.C. §1692 *et seq.* ("FDCPA"), and the Telephone Consumer Protection Act, 47 U.S.C §227, *et seq.* ("TCPA").

## JURISDICTION AND VENUE

2. This Court has jurisdiction under 28 U.S.C. §§1331, 1337, 1367 and 15 U.S.C. §1692k. Venue in this District is proper because Plaintiff resides here and Defendant placed telephone calls into this District.

3. With respect to Plaintiff's claim under the FDCPA, this Court has federal question jurisdiction as the claim arises under federal law – the FDCPA.

## PARTIES

4. Plaintiff, FREDERICK S. AUMICK, is a natural person, and citizen of the State of Florida, residing in Broward County, Florida.

5. Defendant, LTD FINANCIAL SERVICES, L.P., is a limited partnership and citizen of the State of Texas with its principal place of business at Suite 1600, 7322 Southwest Freeway, Houston, Texas 77074.

6. Defendant regularly uses the mail and telephone in a business the principal purpose of which is the collection of debts.

7. Defendant regularly collects or attempts to collect debts for other parties.

8. Defendant is a "debt collector" as defined in the FDCPA.

## FACTUAL ALLEGATIONS

9. Defendant made telephone calls to Plaintiff in an effort to collect an alleged debt arising from transactions incurred for personal, family or household purposes.

10. Defendant left the following messages on Plaintiff's voice mail on his residential telephone on or about the dates stated:

> June 1, 2009 – Pre-Recorded Message
> This is a private message left exclusively for Durley Nill.  If this is not Durley Nill immediately hang up and delete this message.  Please note that this message will contain confidential personal information and you should listen to it only if other people will not be able to hear it.  Durley Nill please call LTD Financial Services at 800-741-2100. When calling please provide this reference number 011626489. Please note that LTD Financial Services

is a debt collector and this is an attempt to collect a debt. Any information obtained will be used for that purpose.

June 9, 2009 – Pre-Recorded Message
This is a private message left exclusively for Durley Nill.  If this is not Durley Nill please immediately hang up and delete this message.  Please note that this message will contain confidential personal information and you should listen to it only if other people will not be able to hear it.  Durley Nill please call LTD financial services at 800-741-2100. When calling please provide this reference number 011626489. Please note that LTD Financial Services is a debt collector and this is an attempt to collect a debt. Any information obtained will be used for that purpose.

August 7, 2009 – Pre-Recorded Message
This is a private message left exclusively for Durley Nill.  If this is not Durley Nill please immediately hang up and delete this message.  Please note that this message will contain confidential personal information and you should listen to it only if other people will not be able to hear it.  Durley Nill please call LTD financial services at 800-741-2100. When calling please provide this reference number 011626489. Please note that LTD Financial Services is a debt collector and this is an attempt to collect a debt. Any information obtained will be used for that purpose.

August 15, 2009 – Pre-Recorded Message
This is a private message left exclusively for Durley Nill.  If this is not Durley Nill please immediately hang up and delete this message.  Please note that this message will contain confidential personal information and you should listen to it only if other people will not be able to hear it.  Durley Nill please call LTD financial services at 800-741-2100. When calling please provide this reference number 011626489. Please note that LTD Financial Services is a debt collector and this is an attempt to collect a debt. Any information obtained will be used for that purpose.

August 24, 2009 – Pre-Recorded Message
This is a private message left exclusively for Durley Nill.  If this is not Durley Nill please immediately hang up and delete this message.  Please note that this message will contain confidential personal information and you should listen to it only if other people will not be able to hear it.  Durley Nill please call LTD financial services at 800-741-2100. When calling please provide this reference number 011626489. Please note that LTD

Financial Services is a debt collector and this is an attempt to collect a debt. Any information obtained will be used for that purpose.

<u>August 28, 2009</u>
Hello, this message is exclusive for Durley. Miss. Nill, this is Cynthia Curtis with LTD Financial Services. I would appreciate it if you would return my call toll free at 1-800-741-2100 extension 2634. Please note that I am a debt collector. We are attempting to collect a debt and any information obtained will be used for that purpose. Thank you. Good Bye.

<u>September 20, 2009 – Pre-Recorded Message</u>
Please note that this message will contain confidential personal information and you should listen to it only if other people will not be able to hear it. Durley Nill, please call LTD Financial Services at 800-741-2100. When calling please provide this reference number: 011626489. Please note that LTD Financial Services is a debt collector and this is an attempt to collect a debt. Any information obtained will be used for that purpose.

11. Defendant left similar or identical messages on other occasions.

(Collectively, "the telephone messages").

12. The messages are "communications" as defined by 15 U.S.C. §1692a(2). See *Berg v. Merchs. Ass'n Collection Div*., Case No. 08-60660-Civ-Dimitrouleas/Rosenbaum, 2008 U.S. Dist. LEXIS 94023 (S.D. Fla. Oct. 31, 2008).

13. The messages use a pre-recorded or artificial voice.

14. Some of the messages appear to be seeking to collect a debt from Durley Nill.

15. Plaintiff is not liable for the debt of Durley Nill, does not know her, nor does Ms. Nill reside at Plaintiff's home.

16. Defendant used a pre-recorded or artificial voice to place telephone calls to Plaintiff's home telephone.

17. Plaintiff did not expressly consent to Defendant's placement of telephone calls to his home telephone by the use of a pre-recorded or artificial voice prior to Defendant's placement of the calls.

18. None of Defendant's telephone calls placed to Plaintiff were for "emergency purposes" as specified in 47 U.S.C § 227 (b)(1)(A).

19. Defendant willfully or knowingly violated the TCPA.

## COUNT I
## TELEPHONIC HARASSMENT AND ABUSE BY EXCESSIVE CALLING

20. Plaintiff incorporates Paragraphs 1 through 19.

21. Defendant caused Plaintiff's telephone to ring repeatedly or continuously with the intent to annoy, abuse or harass in violation of 15 U.S.C §1692d(5). See *Sanchez v. Client Servs.*, 520 F. Supp. 2d 1149, 1160-1161 (N.D. Cal. 2007).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

    a. Damages;

    b. Attorney's fees, litigation expenses and costs of suit; and

    c. Such other or further relief as the Court deems proper.

## COUNT II

## VIOLATION OF THE TELEPHONE CONSUMER PROTECTION ACT

22. Plaintiff incorporates Paragraphs 1 through 19.

23. Defendant placed non-emergency telephone calls to Plaintiff's home telephone using a pre-recorded or artificial voice without Plaintiff's prior express consent in violation of 47 U.S.C § 227 (b)(1)(B). See *Watson v. NCO Group, Inc.*, 462 F. Supp. 2d 641, 643 (E. D. Pa. 2006).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

    a. Damages;

    b. a declaration that Defendant's calls violate the TCPA;

    c. a permanent injunction prohibiting Defendant from placing non-emergency calls to the cellular telephone of any person using an automatic telephone dialing system or pre-recorded or artificial voice without the prior express consent of the called party; and

    d. Such other or further relief as the Court deems proper.

## JURY DEMAND

Plaintiff demands trial by jury.

    DONALD A. YARBROUGH, ESQ.
    Attorney for Plaintiff
    Post Office Box 11842
    Ft. Lauderdale, FL 33339
    Telephone: 954-537-2000
    Facsimile: 954-566-2235

       donyarbrough@mindspring.com


    By: s/ Donald A. Yarbrough
     Donald A. Yarbrough, Esq.
     Florida Bar No. 0158658