UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 10-60930-Civ-Moore/Simonton

FREDERICK S. AUMICK,

    Plaintiff,

v.

LTD FINANCIAL SERVICES, L.P.,

    Defendant.

_____/

## SATISFACTION OF JUDGMENT

The undersigned owner and holder of a Final Judgment (DE 19) entered September 30, 2010 against, LTD Financial Services, L.P., acknowledges that full payment thereof has been received and the Judgment is satisfied.

_____
FREDERICK S. AUMICK

STATE OF FLORIDA    )
                              ss:
COUNTY OF BROWARD  )

The foregoing Satisfaction of Judgment was acknowledged before me this _27_ day of _December_, 2010 by Frederick S. Aumick, who is personally known to me or who produced _FLA. Drivers Licence_ as identification and who did/did not take an oath.

_____
NOTARY PUBLIC, State of Florida

My Commission Expires:

NOTARY PUBLIC-STATE OF FLORIDA
Sandra W. Fillichio
Commission # DD763420
Expires: MAY 16, 2012
BONDED THRU ATLANTIC BONDING CO., INC.

Respectfully submitted,

DONALD A. YARBROUGH, ESQ.
Attorney for Plaintiff
Post Office Box 11842
Fort Lauderdale, Florida 33339
Telephone: (954) 537-2000
Facsimile: (954) 566-2235
donyarbrough@mindspring.com

s/Donald A. Yarbrough
Donald A. Yarbrough, Esq.
Florida Bar No. 0158658

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 10-60930-Civ-Moore/Simonton

FREDERICK S. AUMICK,

    Plaintiff,

v.

LTD FINANCIAL SERVICES, L.P.,

    Defendant.
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on December 27, 2010, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                                s/Donald A. Yarbrough
                                                                Donald A. Yarbrough, Esq.

## SERVICE LIST

Ms. Barbara A. Sinsley, Esq.
Barron, Newburger & Sinsley, PLLC
Suite 102
205 Crystal Grove Blvd.
Lutz, FL 33548
Telephone: 813-500-3636
Facsimile: 813-949-6163

Via Notices of Electronic Filing generated by CM/ECF